[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-13744

Non-Argument Calendar

_____

JANE DOE,

Plaintiff-Appellant,

*versus*

UNITED STATES BAY CARE HEALTH SYSTEMS,

Defendant- Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:24-cv-02460-KKM-NHA

_____

2                          Opinion of the Court                     24-13744

Before BRANCH, LAGOA, and WILSON, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Jane Doe appeals from an order directing her to file a motion for leave to proceed under pseudonym or file an amended complaint naming herself as plaintiff. We lack jurisdiction to review that order because it was issued by a magistrate judge, the district court has not rendered it final, and there is no indication in the record that the parties consented to the magistrate judge conducting the proceeding. *See United States v. Schultz*, 565 F.3d 1353, 1359 (11th Cir. 2009); 28 U.S.C. § 636.

All pending motions are DENIED as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.